# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

150695(135)(137)(139)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* APPLICATION OF MICHIGAN ELECTRIC
TRANSMISSION COMPANY FOR
TRANSMISSION LINE

_____

CHARTER TOWNSHIP OF OSHTEMO,
       Appellant,

v

MICHIGAN ELECTRIC TRANSMISSION
COMPANY, LLC,
       Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
       Appellee.

_____/

SC: 150695
COA: 317893
MPSC No.: 00-017041

On order of the Chief Justice, the separate motions of the (1) Michigan Energy Providers Group, (2) Michigan Cable Telecommunications Association, and (3) Michigan Townships Association, Michigan Municipal League, and Public Corporation Law Section of the State Bar of Michigan to participate as amici curiae and to file amicus briefs are GRANTED. The amicus briefs submitted by those entities are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016



Clerk